IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUZANNE RICHARDS,** et al.,<br><br>　　Plaintiffs,<br><br>　　*v.*<br><br>**AMERICAN ACADEMIC HEALTH SYSTEM, LLC**, et al.,<br><br>　　Defendants. | **CIVIL ACTION**<br><br>**NO. 2:20-cv-00059-KSM** |

### ORDER

**AND NOW**, this 22nd day of May 2020, having considered Defendants' Second Motion to Compel Arbitration and Stay Proceedings (Doc. 16), Plaintiffs' Opposition thereto (Doc. 18), and Defendants' Reply (Doc. 20), it is **ORDERED** that Defendants' Motion (Doc. 16) is **GRANTED.**

　　**IT IS FURTHER ORDERED** that:

1. The parties shall submit their dispute to arbitration pursuant to the terms of the arbitration clause of the Consulting Services Agreement (Doc. 1 at 35–41);

2. All proceedings in this action are **STAYED** pending arbitration of the plaintiffs' claims; and

3. The Clerk of Court shall **CLOSE** this action administratively.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.